# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00845-CV

### J. C. C., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY,
## NO. D-1-FM-12-000387, THE HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant J.C.C. filed his notice of appeal on December 17, 2013. The appellate record was complete February 3, 2014. When appellant filed a motion seeking a new appointed attorney on February 25, 2014, we abated the appeal and asked the trial court to make a decision on the motion, ordering that appellant's brief would be due twenty days from the date the trial court made its decision. By order dated February 28, Robert Galvin was substituted as attorney for purposes of appeal. Appellant's brief was therefore due March 20. To date, appellant's brief has not been filed.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore we order counsel to file appellant's brief

no later than April 17, 2014. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on March 25, 2014.

Before Justices Puryear, Goodwin and Field